**UNITED STATE DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Mariamou Tangara, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 24-cv-1702 |
| | ) | |
| vs. | ) | |
| | ) | |
| Continental Service Group, LLC; | ) | |
| Conserve; | ) | |
| Conserve Accounts Receivable | ) | |
| Management; ConServe, Inc.; | ) | |
| ConServe, NY; | ) | |
| ConServe-ARM; and ConServe-ARM, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Continental Service Group, LLC,[1] incorrectly named as Conserve, Conserve Accounts Receivable Management, ConServe, Inc., ConServe, NY, ConServe-ARM; and ConServe-ARM, Inc., hereinafter ("Defendant") hereby removes the subject action from the Court of Common Pleas of Allegheny County, Pennsylvania, to the United States District Court for the Western District of Pennsylvania, on the following grounds:

1.      Plaintiff Mariamou Tangara ("Plaintiff") instituted an action in the Court of Common Pleas of Allegheny County, Pennsylvania, on or about November 19, 2024.

2.      Defendant was served with the Complaint on November 29, 2024. Therefore, removal is timely as this removal falls within thirty (30) days of service.

3.      Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, orders and other

---

[1] Notably, while pro se Plaintiff names a number of entities—which do not exist, are wholly unrelated, or are fictitious names for Defendant, the proper named party to respond to Plaintiff's Complaint is Continental Service Group, LLC.

1

papers filed in this action and obtained by State are attached hereto and marked as composite **Exhibit A** and incorporated herein by reference.

4.      A civil cover sheet is attached hereto as **Exhibit B**.

5.      Plaintiff's Complaint alleges, *inter alia,* a violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA") and the Fair Credit Reporting Act, 15 U.S.C. 1681, *et seq.* ("FCRA"). *See* Ex. A.

6.      As such, this Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331, since there is a federal question.

7.       Pursuant to 28 U.S.C. § 1441, *et seq*., this cause may be removed from the Court of Common Pleas of Allegheny County, Pennsylvania, to the United States District Court for the Western District of Pennsylvania.

8.      Notice of this removal will promptly be filed with the Court of Common Pleas of Allegheny County, Pennsylvania, to the United States District Court for the Western District of Pennsylvania and be served on all adverse parties.

WHEREFORE, Defendant Continental Service Group, LLC, incorrectly named as Conserve, Conserve Accounts Receivable Management, ConServe, Inc., ConServe, NY, ConServe-ARM; and ConServe-ARM, Inc., by counsel, removes the subject action from the Court of Common Pleas of Allegheny County, Pennsylvania, to the United States District Court for the Western District of Pennsylvania.

Dated: December 16, 2024

**LIPPES MATHIAS LLP**

/s Brendan H. Little
Brendan H. Little, Esq. - PA ID: 317322
*Attorneys for Defendant Continental Service Group, LLC*
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
P: 716-853-5100
F: 716-853-5199
E: blittle@lippes.com