**UNITED STATE DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Mariamou Tangara, | ) | |
| | ) | |
|     Plaintiff, | ) | Case No.: 24-cv-1702 |
| | ) | |
| vs. | ) | |
| | ) | |
| Continental Service Group, LLC; | ) | |
| Conserve; | ) | |
| Conserve Accounts Receivable | ) | |
| Management; ConServe, Inc.; | ) | |
| ConServe, NY; | ) | |
| ConServe-ARM; and ConServe-ARM, Inc., | ) | |
| | ) | |
|     Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that Defendant Continental Service Group, LLC,[1] incorrectly named as Conserve, Conserve Accounts Receivable Management, ConServe, Inc., ConServe, NY, ConServe-ARM; and ConServe-ARM, Inc.'s ("Defendant") Notice of Removal was filed in the Court of Common Pleas of Allegheny County, effectuating service on the prothonotary, on December 16, 2024.

Additionally, I certify that Defendant's Notice of Removal was served upon Plaintiff on December 16, 2024, to the address below, via the electronic filing system and regular mail to Plaintiff, Mariamou Tangara, 1300 Fairmount Ave., 706, Philadelphia, PA 19123, Mtangara002@gmail.com.

---

[1] Notably, while pro se Plaintiff names a number of entities—which either do not exist, are wholly unrelated, or are fictitious names for Defendant, the proper named party to respond to Plaintiff's Complaint is Continental Service Group, LLC.

1

Dated: December 16, 2024

**LIPPES MATHIAS LLP**

/s Brendan H. Little
Brendan H. Little, Esq. - PA ID No.: 317322
*Attorneys for Defendant Continental Service Group, LLC*
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
P: 716-853-5100
F: 716-853-5199
E: blittle@lippes.com