IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIAMOU TANGARA, | ) |
| | ) 2:24-cv-1702 |
| Plaintiff, | ) |
| vs. | ) District Judge Robert J. Colville |
| CONTINENTAL SERVICE GROUP, LLC, et al., | ) Magistrate Judge Kezia O. L. Taylor |
| Defendants. | ) |

**<u>MEMORANDUM ORDER OF COURT</u>**

Currently pending before the Court is the April 10, 2025 Report and Recommendation (ECF No. 13) filed by the Honorable Kezia O. L. Taylor in the above-captioned matter. Judge Taylor's April 10, 2025 Report and Recommendation recommends that this action be dismissed due to Plaintiff's failure to prosecute. Objections to Judge Taylor's April 10, 2025 Report and Recommendation were due by April 28, 2025. No objections were filed, and the Court considers this matter to be ripe for disposition.

Objections to a magistrate judge's disposition of a dispositive matter are subject to de novo review before the district judge. 28 U.S.C. § 636(b)(1)(B)-(C); Fed. R. Civ. P. 72(b)(3). The reviewing district court must make a de novo determination of those portions of the magistrate judge's report and recommendation to which objections are made. *Id.* Following de novo review, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3). The United States Court of Appeals for the Third Circuit has explained that, "even absent objections to the report and recommendation, a district court should 'afford some level of review

1

2

to dispositive legal issues raised by the report,'" and has "described this level of review as 'reasoned consideration.'" *Equal Employment Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987)).

Upon reasoned consideration of Judge Taylor's April 10, 2025 Report and Recommendation and all relevant docket entries, it is hereby ORDERED as follows:

The Court agrees with the well-reasoned analysis and conclusions set forth in Judge Taylor's Report and Recommendation, and the Court accepts and adopts Judge Taylor's Report and Recommendation in its entirety as the opinion of the Court. Given Plaintiff's apparent complete abandonment of this case, the Court finds that Plaintiff's actions render adjudication of this case impossible. This action is hereby dismissed with prejudice. The Court will enter a Rule 58 Judgment Order in this matter. The Clerk of Court shall mark this case as closed.

BY THE COURT:

/s/*Robert J. Colville*
Robert J. Colville
United States District Judge

DATED: July 9, 2025

cc/ecf:

    All counsel of record

    Mariamou Tangara
    1300 Fairmount Ave, 706
    Philadelphia, PA 19123